UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA PICERNI, Individually and on behalf                    JUDGMENT
of all others similarly situated,                            12-CV- 4938 (BMC)

                    Plaintiff,

    -against-

BILINGUAL SEIT & PRESCHOOL INC.,

                    Defendant.
------------------------------------------------------------X

        A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District

Judge, having been filed on February 22, 2013, vacating the Court's Order of October 19, 2012; directing the

Clerk of Court to enter judgment as provided in the Notice of Acceptance with Offer of Judgment; and

denying motions for approval of settlement as moot; it is

        ORDERED and ADJUDGED that pursuant to Rule 68 of the Federal Rules of Civil Procedure

judgment is hereby taken against Defendant Bilingual SEIT & Preschool Inc., and in favor of Plaintiff Donna

Picerni, in the amount of $5,000.00 in damages and $410.00 in costs for a total of $5,410.00, plus an

additional $4,590.00 in attorney's fees payable to Plaintiff's Counsel Abdul K. Hassan, Esq.

Dated: Brooklyn, New York                       Douglas C. Palmer
       February 27, 2013                     Clerk of Court

                                    by:    /s/ *Michele Gapinski*
                                          Michele Gapinski
                                          Chief Deputy for
                                          Court Operations